**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Lee Miller, # 012530
John D. Wilenchik, #029353
admin@wb-law.com
*Attorneys for Amicus Curaie*
*Arizona Republican Party*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizonans for Fair Elections (AZAN), an Arizona nonprofit corporation; Arizonans Fed Up with Failing Healthcare (Healthcare Rising AZ), an Arizona nonprofit corporation; and Randi L. Turk, an individual;<br><br>                Plaintiffs,<br><br>v.<br><br>Katie Hobbs, Arizona Secretary of State, Edison Wauneka, Apache County Recorder; David Stevens, Cochise County Recorder; Patty Hansen, Coconino County Recorder; Sadie Jo Bingham, Gila County Recorder; Wendy John, Graham County Recorder; Sharie Miheiro, Greenlee County Recorder; Richard Garcia, La Paz County Recorder; Adrian Fontes, Maricopa County Recorder; Kristi Blair, Mohave County Recorder; Doris Clark, Navajo County Recorder; F. Ann Rodriguez, Pima County Recorder; Virginia Ross, Pinal County Recorder; Suzanne Sainz, Santa Cruz County Reorder; Leslie Hoffman, | **Case No. 2:20-cv-00658-DWL**<br><br>**[PROPOSED]**<br>**ORDER GRANTING ARIZONA REPUBLICAN PARTY'S MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

Yavapai County Recorder; and Robyn Pouquette, Yuma County Recorder; all in their official capacities,

Defendants.

The Court being in receipt of the Arizona Republican Party's Motion for Leave to file Amicus Brief, and good cause appearing therefor,

IT IS HEREBY ORDERED granting the Motion for Leave to file Amicus Brief. The Arizona Republican Party's brief is deemed filed as of the date of the Motion.

Dated this ___ day of _____, 2020.

_____
Dominic W. Lanza
United States District Judge

2