Timothy A La Sota, AZSBN # 020539
**TIMOTHY A. LA SOTA, PLC**
2198 E. CAMELBACK RD., SUITE 305
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 515-2649
tim@timlasota.com
*Attorney for* Amicus Curiae *Arizona Free Enterprise Club*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizonans for Fair Elections (AZAN), an Arizona nonprofit corporation; Arizonans Fed Up with Failing Healthcare (Healthcare Rising AZ), an Arizona nonprofit corporation; and Randi L. Turk, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, Arizona Secretary of State, Edison Wauneka, Apache County Recorder; David Stevens, Cochise County Recorder; Patty Hansen, Coconino County Recorder; Sadie Jo Bingham, Gila County Recorder; Wendy John, Graham County Recorder; Sharie Miheiro, Greenlee County Recorder; Richard Garcia, La Paz County Recorder; Adrian Fontes, Maricopa County Recorder; Kristi Blair, Mohave County Recorder; Doris Clark, Navajo County Recorder; F. Ann Rodriguez, Pima County Recorder; Virginia Ross, Pinal County Recorder; Suzanne Sainz, SantaCruz County Reorder; Leslie Hoffman, Yavapai County Recorder; and Robyn Pouquette, Yuma County Recorder; all in their official capacities,<br><br>Defendants. | Case No. 2:20-cv-00658-DWL<br><br>**MOTION TO FILE AMICUS CURIAE BRIEF**<br><br>Honorable Dominic W. Lanza |

## I.     MOTION TO FILE AMICUS CURIAE BRIEF

The Arizona Free Enterprise Club moves that this Court accept the accompanying amicus curiae brief.

Though there is no rule that directly governs the filing of an amicus brief at the district court level, "[a] district court has broad discretion to permit individuals or entities to participate in a case as amici curiae." *Center for Biological Diversity v. U.S. Bureau of Land Management*, 2010 WL 1452863, at *2 (D. Ariz. 2010).

## II.    THE CLUB'S INTEREST AND THE REASONS THE PROPOSED AMICUS BRIEF IS USEFUL TO THE COURT'S DISPOSITION

The Arizona Free Enterprise Club is a free market policy and lobbying group dedicated to promoting a strong and vibrant Arizona economy.  The Arizona Free Enterprise Club was formed in 2005 and recognized by the Internal Revenue Service as a tax-exempt organization operated for social welfare under Section 501(c)(4) of the Internal Revenue Code.

The Arizona Free Enterprise Club is, first and foremost, an advocate for taxpayers and businesses, and the Club strives to promote economic freedom and prosperity in Arizona.

The Arizona Free Enterprise Club submits this *amicus* brief because it has experience as an organization that makes the Club able to provide a true "friend of the court" submission to this Court.  That is, the Arizona Free Enterprise Club has been at the forefront of a number of significant ballot measures.  The Arizona Free

Enterprise Club has regularly embraced the right to go directly to the people of a given jurisdiction and ask the people to approve the measure. Most recently, the Arizona Free Enterprise Club has done this in the cities of Phoenix, Tucson and Glendale, and has sponsored a statewide measure in the past.

The Arizona Free Enterprise Club's embrace of the right to initiative includes a variety of activities at the forefront of various ballot measure efforts. It has drafted petition sheets, it has assisted with collection of signatures, and it has filed suit in court to vindicate the right to utilize the initiative process. The Club has also opposed ballot measures.

The Arizona Free Enterprise Club places a high value on the right to initiative. The Club is not interested in seeing a right that it has regularly resorted to diminished by unnecessary legal requirements. But at the same time, the integrity and sanctity of the ballot measure process must be protected. The Plaintiffs' recipe here is transparent—cobble together highly dubious legal arguments in conjunction with a national crisis in an attempt to "slip one by" in this era when many things that seemed impossible a month or so ago have come to be. The Club wants the right to initiative to endure, but not at the cost of the rule of law, and Plaintiffs' proposed relief is unjustified for the reasons outlined in the brief.

The Club provides a perspective from an entity that is an advocate of, and has directly engaged in, the initiative process, but nonetheless respects the value of

reasonable provisions in the <u>Arizona Constitution</u> on how this right is exercised. Though the Club has its sentiments, unlike the Plaintiffs, the Club's observations are not tethered to a desperate desire to see any particular ballot measure qualify in this election cycle, or not qualify for that matter. As such, the Club believes it can offer detached observations from an entity that has actually utilized the process in the past and is likely to do so in the future, and will have to live with whatever legal rules are in place at that future time.

**III.    AVERMENTS**

No counsel or other persons affiliated with any of the parties authored any part of the accompanying brief. Funding for the brief was provided exclusively by the Club.

**IV.    CONCLUSION**

Because of the shortness of time the Club submits its amicus with this Motion and hopes that this Court will accept its Amicus Curiae submission.

RESPECTFULLY SUBMITTED this 13th day of April, 2020.

                                                    **TIMOTHY A. LA SOTA, PLC**

                             By:    /s/ Timothy A. La Sota
                                   Timothy A. La Sota
                                   *Attorney for Amicus Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, I electronically transmitted the above document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Timothy A. La Sota*