**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizonans for Fair Elections, et al., | No. CV-20-00658-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

Pending before the Court are two motions to file amicus curiae briefs, one by the Arizona Republican Party (Doc. 76) and another by the Arizona Free Enterprise Club (Doc. 80).

"[W]hether to permit a non-party leave to submit a brief, as *amicus curiae*, is a matter within the discretion of the courts." *Dible v. City of Chandler*, 2004 WL 7336848, *1 (D. Ariz. 2004). This matter is "of public interest," and additional "arguments and/or relevant law that may otherwise escape the Court's consideration" could be helpful. *Miracle v. Hobbs*, 333 F.R.D. 151, 157 (D. Ariz. 2019).

Accordingly,

**IT IS ORDERED** that the Arizona Republican Party's motion for leave to file an amicus brief (Doc. 76) is granted. The Clerk of Court is directed to file the amicus brief (Doc. 76-1). No response or reply will be permitted regarding the amicus brief unless later ordered by the Court.

…

1     **IT IS FURTHER ORDERED** that the Arizona Free Enterprise Club's motion for leave to file an amicus brief (Doc. 80) is granted.  The Clerk of Court is directed to file the amicus brief (Doc. 80-1).  No response or reply will be permitted regarding the amicus brief unless later ordered by the Court.

    Dated this 13th day of April, 2020.

_____
Dominic W. Lanza
United States District Judge