GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY

GEORGE E. SILVA, SBA #019596, COUNTY ATTORNEY
KIMBERLY HUNLEY, SBA #019141, CHIEF CIVIL DEPUTY COUNTY ATTORNEY
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, Arizona  85621
Tel:  (520) 375-7780;  Fax: (520) 375-7793
gsilva@santacruzcountyaz.gov
khunley@santacruzcountyaz.gov
Attorneys for Defendant Suzanne Sainz

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Arizonans for Fair Elections, et. al., | Case No.  No. CV-20-00658-PHX-DWL |
|---|---|
| Plaintiffs, | SANTA CRUZ COUNTY RECORDER'S JOINDER IN DEFENDANT MARICOPA COUNTY RECORDER ADRIAN FONTES' RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| Katie Hobbs, et. al. | |
| | (Assigned to the Honorable Dominic W. Lanza) |

Defendant, Suzanne Sainz, Santa Cruz County Recorder hereby joins in Defendant Maricopa County Recorder Adrian Fontes' Response to Plaintiffs' Motion for Temporary Restraining Order filed April 9, 2020.

RESPECTFULLY SUBMITTED this 13th day of April, 2020.

            GEORGE E. SILVA
            SANTA CRUZ COUNTY ATTORNEY

            /s/ *Kimberly J. Hunley*
            _____
            Kimberly J. Hunley
            Chief Civil Deputy County Attorney

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: /s/ *Kimberly J. Hunley* .