GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY

KIMBERLY HUNLEY, SBA #019141, CHIEF CIVIL DEPUTY COUNTY ATTORNEY
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, Arizona  85621
Tel:  (520) 375-7780;  Fax: (520) 375-7793
khunley@santacruzcountyaz.gov
Attorneys for Defendant Suzanne Sainz

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizonans for Fair Elections, et. al., | Case No.  No. CV-20-00658-PHX-DWL |
| Plaintiffs, | AMENDED NOTICE OF APPEARANCE |
| v. | (Assigned to the Honorable Dominic W. Lanza) |
| Katie Hobbs, et. al. | |

NOTICE IS HEREBY GIVEN that d Chief Civil Deputy County Attorney, Kimberly Hunley, of the Santa Cruz County Attorney's Office, enters her appearance on behalf of Suzanne Sainz, in her official capacity as Santa Cruz County Recorder.   Service of all correspondence, motions and all other papers should be directed to:

> Kimberly Hunley, Chief Civil Deputy County Attorney
> SANTA CRUZ COUNTY ATTORNEY'S OFFICE
> 2150 N. Congress Drive, #201
> Nogales, Arizona  85621
> E: khunley@santacruzcountyaz.gov

1

RESPECTFULLY SUBMITTED this 15th day of April, 2020.

GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY

/s/ *Kimberly J. Hunley*

_____
Kimberly J. Hunley
Chief Civil Deputy County Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.


By:   /s/ *Kimberly J. Hunley*        .