Israel G. Torres (#020303)
James E. Barton II (#023888)
Jacqueline Mendez Soto (#022597)
TORRES LAW GROUP, PLLC
2239 West Baseline Road
Tempe, Arizona 85283
(480) 588-6120
James@TheTorresFirm.com
Jacqueline@TheTorresFirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizonans for Fair Elections (AZAN), et al; <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, Arizona Secretary of State, et al, <br><br> Defendants. | Case No.: 2:20-cv-00658-DWL <br><br> **PLAINTIFFS' OPPOSITION TO THE STATE'S CONDITIONAL MOTION TO CERTIFY** |

Plaintiffs oppose the Intervenor's request that the Court certify questions concerning the interpretation of Arizona's Constitution to the Arizona Supreme Court. The Plaintiffs have not challenged Article IV, Part 1, Section 1(9). The Court does not need to rule on the application of this section to the E-Qual system. Intervenor and the several Amici are wrong in claiming that it is necessary to challenge this section.

Intervenor is fully aware that but for recent changes to Arizona's Title 19, substantial compliance, not strict compliance, applies to the requirements for gathering

initiative signatures. "Accordingly, in the context of the formal requirements for initiatives, substantial compliance means that the petition as circulated fulfills the purpose of the relevant statutory or constitutional requirements, despite a lack of strict or technical compliance." *Feldmeier v. Watson*, 211 Ariz. 444, 447, ¶ 14, 123 P.3d 180, 183 (2005) (gathering cases).  The Arizona Constitution does not explicitly require in-person signature gathering.  Ariz. Const. art. IV, Pt. 1 § 1.  Title 19, however, requires that "[c]onstitutional and statutory requirements for statewide initiative measures must be strictly construed and persons using the initiative process must strictly comply with those constitutional and statutory requirements."  A.R.S. § 19-102.01(A).  This statute was enacted in 2017 to reverse the well-established case law of substantial compliance.  2017 Ariz. Legis. Serv. Ch. 151 (H.B. 2244).

      The Court does not need to rule on the application of Arizona's Constitution to E-Qual to decide this case.  Nor have Plaintiffs asked it to do so.  The question need not be certified to the Arizona Supreme Court.  For these same reasons, the Court does not need to address the State's request for certification of its severability question.

      For the foregoing reasons, Plaintiffs ask that this Court deny the State's motion.

      RESPECTFULLLY SUBMITTED this 17th day of April, 2020

                                              /s/James E. Barton II
                                              TORRES LAW GROUP, PLLC
                                              James E. Barton II
                                              Jacqueline Mendez Soto
                                              *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmitted a copy to the follow parties via email.

Roy Herrera
Daniel A. Arellano
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
(602) 798-5400
herrerar@ballardspahr.com
arellanod@ballardspahr.com
andrewsj@ballarsparh.com
*Attorneys for Katie Hobbs, Secretary of State*

Joseph Young
Apache County Attorney's Office
Post Office Box 637
St. Johns, Arizona 85936
(928) 337-7560
JYoung@Apachelaw.net
*Attorney for Defendant Edison Wauneka, Apache County Recorder*

Britt W. Hanson
Christine J. Roberts
Cochise County Attorney
Post Office Drawer CA
Bisbee, Arizona 85603
(520) 432-8700
CVAttmeo@cochise.az.gov
Bhanson@cochise.az.gov
*Attorneys for Defendant David Stevens, Cochise County Recorder*

Rose M. Winkeler
Coconino County Attorney
110 East Cherry Avenue
Flagstaff, Arizona 86001
(928) 679-8200
rwinkeler@coconino.az.gov
*Attorney for Defendant Patty Hansen, Coconino County Recorder*

Jeff Dalton
Gila County Attorney's Office
1400 East Ash Street
Globe, Arizona 85501
(928-402-8630
jdalton@gilacountyaz.gov
*Attorney for Sadie Jo Bingham Gila County Defendants*

Kenneth Angle
Graham County Attorney's Office
800 West Main Street
Safford, Arizona 85546
(928) 428-3620
kangle@graham.az.gov
*Attorney for Wendy John, Graham County Recorder*

Jeremy Ford
Greenlee County Attorney's Office
Post Office Box 1717
Clifton, Arizona 85533
(928) 865-2072
jford@co.greenlee.az.us
*Attorney for Sharie Milheiro, Greenlee County Recorder*

Tony Rogers
La Paz County Attorney's Office
1320 Kofa Avenue
Parker Arizona 85344
(928) 669-6118
trogers@lapazcountyaz.org
*Attorney for Defendant Richard Garcia, La Paz County Recorder*

Joseph E. La Rue
Joseph Branco
Maricopa County Attorney's Office
Civil Services Division
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
(602) 506-8541
laruej@mcao.maricopa.gov
branco@mcao.maricopa.gov
*Attorneys for Adrian Fontes, Maricopa County Recorder*

2

```
 1   Jeffrey B. Haws
 2   Mohave County Attorney's Office
     315 North 4th Street
 3   Post Office Box 7000
 4   Kingman, Arizona 86402
     (928) 753-0770
 5   Jeff.Haws@mohavecounty.us
 6   Attorney for Defendant Kristi Blair, Mohave County Recorder

 7
     Brad Carlyon
 8   Jason S. Moore
     Navajo County Attorney's Office
 9   Post Office Box 668
10   Holbrook, AZ 86025
     (928) 524-4026
11   Jason.moore@navajocountyaz.gov
12   Attorneys for Doris Clark, Navajo County Recorder

13
     Daniel Jurkowitz
14   Pima County Attorney's Office, Civil Division
     32 North Stonve Avenue, Suite 2100
15   Tucson, Arizona 85701
16   (520) 724-5700
     Daniel.jurkowitz@pcao.pima.gov
17   Attorney for Defendant F. Ann Rodriguez, Pima County Recorder

18
     Kent Volkmer
19   Craig Cameron
     Pinal County Attorney
20   Post Office Box 887
21   Florence, AZ 85132
     (520) 866-6466
22   Craig.cameron@pinalcountyaz.gov
23   Attorneys for Defendant Virginia Ross, Pima County Recorder

24
     Kimberly Hunley
25   Santa Cruz County Attorney's Office
     2150 North Congress Drive, #201
26   Nogales, Arizona 85621
27   (520) 375-7780
     khunley@santacruzcountyaz.gov
28   Attorney for Defendant Suzanne Sainz, Santa Cruz County Recorder
```

3

| | |
|---|---|
| 1 | |
| 2 | Thomas M. Stoxen<br>Yavapai County Attorney's Office |
| 3 | 255 East Gurley Street<br>Prescott, Arizona 86301 |
| 4 | (928) 777-7143 |
| 5 | Thomas.Stoxen@yavapai.us<br>*Attorney for Defendant Yavapai County Recorder* |
| 6 | |
| 7 | William J. Kerekes<br>Office of the Yuma County Attorney |
| 8 | 250 West Second Street, Suite G |
| 9 | Yuma, Arizona 85364<br>(928) 817-4300 |
| 10 | YCAttyCivil@yumacountyaz.gov |
| 11 | Bill.Kerekes@yumacountyaz.gov<br>*Attorney for Defendant Robyn Pouquette, Yuma County Recorder* |
| 12 | |
| 13 | /s/ Monse Vejar |

4