FILED

MAY 19 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARIZONANS FOR FAIR ELECTIONS, AZAN, an Arizona nonprofit corporation; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> KATIE HOBBS, Arizona Secretary of State; et al., <br><br> Defendants-Appellees, <br><br> STATE OF ARIZONA, <br><br> Intervenor-Defendant-Appellee. | No.  20-15719 <br><br> D.C. No. 2:20-cv-00658-DWL <br> District of Arizona, <br> Phoenix <br><br><br> ORDER |

The conference previously scheduled for May 20, 2020, is canceled.

Appellants' motion to dismiss this appeal (Docket Entry No. 39) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Robert S. Kaiser
Circuit Mediator

rsk/mediation